UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMY IMPSON, ET AL.

VERSUS

DIXIE ELECTRIC MEMBERSHIP
CORPORATION, ET AL

CIVIL ACTION

NO. 14-632-JWD-RLB

## **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report and Recommendation issued March 24, 2015, to which no objection was filed:

**IT IS ORDERED** that the Plaintiffs' Motion to Remand (R. Doc. 7) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>April 13, 2015</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**